**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

CHRISTINE M. DALRYMPLE                                                   PLAINTIFF

V.                         NO. 4:11CV00390 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                  DEFENDANT

## JUDGMENT

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 8th day of June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE